UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINDE INC., a Delaware corporation, <br><br> Defendant. | CASE NO. 2:23-cv-1214 <br><br> ORDER TO SHOW CAUSE |

The Court raises this matter sua sponte. With limited exceptions that do not apply here, plaintiffs must serve defendants with a summons and a copy of the complaint within 90 days of filing their complaint. Fed. R. Civ. P. 4(m). If proper service is not made within this time, the Court may on its own accord after notice to the plaintiff dismiss the action for failure to achieve timely service. *Id.*

Plaintiff Northwest Administrators, Inc. filed its complaint on August 9, 2023. Dkt. No. 1. A summons was issued on August 10, 2023. Dkt. No. 3. So the time for serving the summons and complaint—90 days later—expired on November 7, 2023. No proof of service was filed, and Defendant Linde Inc. has not appeared. *See* docket generally.

**ORDER** TO SHOW CAUSE - 1

Therefore, it is ORDERED that Northwest Administrators show cause within 14 days of the date of this Order why this matter should not be dismissed without prejudice under Fed. R. Civ. P. 4(m) for failure to effect timely service.

Dated this 9th day of November, 2023.

Jamal N. Whitehead
United States District Judge

**ORDER** TO SHOW CAUSE - 2