UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| NORTHWEST ADMINISTRATORS INC., | CASE NO. 2:23-cv-1214 |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING COURT DATES |
| LINDE INC., a Delaware corporation, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion to Continue Court Dates. The Court is also in receipt of Plaintiff's response to its November 9, 2023, Order to Show Cause. Dkt. No. 6. The Court GRANTS the extension requested by Plaintiff. The Court extends the following dates for initial disclosure and submission of the Joint Status Report and Discovery Plan:

| Deadline for FRCP 26(F) Conference | December 15, 2023 |
|---|---|
| Initial Disclosures Pursuant to FRCP 26(a) | December 22, 2023 |
| Combined Joint Status Report and Discovery Plan | December 29, 2023 |

Dated this 17th day of November, 2023.

Order continuing court dates - 1

1
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23

                                                   */s/ Jamal N. Whitehead*  
                                                   Jamal N. Whitehead  
                                                   United States District Judge

Order continuing court dates - 2