# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LINDE, INC., a Delaware Corporation, <br><br> Defendant. | Case No. 2:23-cv-01214-JNW <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE DEADLINES** <br><br> **NOTE ON MOTION CALENDAR:** <br> December 22, 2023 |

This matter having come before the Court on the parties' Joint Motion to Continue Deadlines, and the Court having reviewed the motion,

IT IS HEREBY ORDERED THAT the Joint Motion to Continue Deadlines is GRANTED.

IT IS FURTHER ORDERED as follows:

(1) The deadline to engage in the FRCP 26(f) conference is continued to January 15, 2024,

(2) The deadline for the parties' FRCP 26(a)(1) initial disclosures is continued to January 22, 2024, and

(3) The deadline for submission of the parties' Combined Joint Status Report and Discovery Plan is continued to January 29, 2024.

The Court will issue an amended Order.

ORDER GRANTING JOINT MOTION
TO CONTINUE DEADLINES

Littler Mendelson, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, Washington 98101.3122
206.623.3300

DATED this 12th day of December, 2023.

                                      Jamal N. Whitehead
                                      United States District Judge

*Presented by:*

s/ J.P. Dowdle
J.P. Dowdle, WSBA #55672
JDowdle@littler.com
LITTLER MENDELSON, P.C.
One Union Square
600 University Street, Suite 3200
Seattle, WA  98101.3122
Phone: (206) 623-3300
Fax:    (206) 447-6965


*Approved as to form;*
*notice of presentation waived:*


s/ Russell J. Reid
Russell J. Reid, WSBA #2560
Thomas A. Leahy, WSBA #26365
rjr@rmbllaw.com
tom@rmbllaw.com
REID, BALLEW, LEAHY & HOLLAND, LLP
100 West Harrison Street, N. Tower, #300
Seattle, Washington 98119
Tel: 206.285.0464
Fax: 206.285.8925

ORDER GRANTING JOINT MOTION
TO CONTINUE DEADLINES- 2

LITTLER MENDELSON, P.C.
Attorneys at Law
One Union Square
600 University Street, Suite 3200
Seattle, Washington  98101.3122
206.623.3300