THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br>    Plaintiff,<br>v.<br>LINDE INC., a Delaware corporation,<br>    Defendant. | NO.   2:23-cv-01214-JNW<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid and Thomas A. Leahy of Reid, Ballew, Leahy & Holland, L.L.P., attorneys for Plaintiff, and John Patrick Dowdle of Littler Mendelson, P.C., attorneys for Defendant, Linde, Inc., hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this  24   day of May, 2024.

| REID, BALLEW, LEAHY & HOLLAND, L.L.P. | LITTLER MENDELSON, P.C. |
|---|---|
| */s/ Russell J. Reid* | */s/ John Patrick Dowdle* |
| Russell J. Reid, WSBA #2560 | John Patrick Dowdle, WSBA #55672 |
| Thomas A. Leahy, WSBA #26365 | One Union Square |
| 100 West Harrison St. N. Tower #300 | 600 University Street, Suite 3200 |
| Seattle WA 98119 | Seattle WA 98101-3122 |
| (206) 285-0464 | (206) 623-3300 |
| Email:  rjr@rmbllaw.com; tom@rmbllaw.com | Email:  jdowdle@littler.com |
| Attorneys for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 21st day of June, 2024.

_Jamal W_
Jamal N. Whitehead
United States District Judge

Submitted for Entry:

REID, BALLEW, LEAHY & HOLLAND, L.L.P.

By: _____/s/ Russell J. Reid_____
Russell J. Reid, WSBA #2560
Thomas A. Leahy
100 West Harrison Street, N. Tower, #300
Seattle WA 98119
Telephone: (206) 285-0464
Fax: (206) 285-8925
Email: rjr@rmbllaw.com; tom@rmbllaw.com
Attorneys for Plaintiff